UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CRIMINAL ACTION NO. 3:08-CR-56-H

JOAQUIN LAFARGA                                                               MOVANT/DEFENDANT

v.

UNITED STATES OF AMERICA                                                RESPONDENT/PLAINTIFF

## MEMORANDUM OPINION AND ORDER

Movant/Defendant, Joaquin LaFarga, has moved to vacate his sentence pursuant to 28 U.S.C. § 2255(a). The Court referred this matter to the Magistrate Judge who issued a Report and Recommendation that the motion be denied. The Court has reviewed the Magistrate's report and agrees with it. Furthermore, no objections have been filed to it.

Being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Movant/Defendant's motion to vacate pursuant to 28 U.S.C. § 2255 is DENIED WITH PREJUDICE.

IT IS FURTHER ORDERED that the reasons set forth in the Recommendation at Section IV, a certificate of appealability is DENIED.

This is a final and appealable order.

cc:    Joaquin LaFarga, *Pro Se*
       Counsel of Record